the issue thus presented under the complaint as so amended, with leave to the defendant, within twenty days from service of copy of order to be entered hereon and notice of entry, to serve an amended answer *nunc pro tunc.* Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

DORA WEBB, Respondent, v. EARL ECHNOZ, Appellant, and Another.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

JOHN HOWE, an Individual Doing Business under the Name and Style of HOWE BROS., Respondent, v. THOMAS McCOCHRANE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

ALVA SHAFER, Respondent, v. GAYLORD GIBSON, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, McNamee and Crapser, JJ.

GERALD P. COOGAN, Appellant, v. ST. BERNARD'S CHURCH, SARANAC LAKE, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

PIERCE HOTCHKISS, Respondent, v. RALPH JEFFERIES, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

JOSEPH H. CARRIER, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant. — Judgment and order reversed, on the facts, on the ground that the amount of the verdict is against the weight of the evidence, and the damages are excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $25,000, in which case the judgment is so modified and as modified the judgment and order are affirmed. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents and votes to affirm.

FRANCES CONSAUL, Appellant, v. JAMES MAIROANO, Respondent, and Another. MICHAEL JEGABBI, Appellant, v. JAMES MAIROANO, Respondent, and Another.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE FORTINO, Appellant.— Judgment of conviction of the County Court of Washington county modified by making the period of the defendant's imprisonment in State prison, Dannemora, N. Y., not less than eight years nor more than fifteen years, and as so modified affirmed; the defendant is remanded to the County Court for resentence accordingly. This modification is for error of law only. The additional sentence of five years was unauthorized inasmuch as the testimony, other than uncorroborated testimony of an accomplice, shows that the pistol was in the possession of and used by Louis Choppi in the commission of the crime, and was not possessed by this defendant or used by him in connection therewith. (*People* v. *Paradiso*, 248 N. Y. 123; *People* v. *Kevlon*, 221 App. Div. 224; *People* v. *Hess, ante,* p. 735.) Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents and votes to affirm on the ground there is sufficient competent evidence that at the time of the commission of the crime the defendant was armed with a pistol.

ELLEN M. DAVIS, Respondent, v. CITY OF BINGHAMTON, Appellant.— Judgment